| CO. | FILE | DEPT | CLOCK | |
|---|---|---|---|---|
| GFJ | 015474 | 065030 | 06 | 0000080070  1 |

# Earnings Statement



RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

Period Beginning: 02/14/2010
Period Ending: 02/20/2010
Pay Date: 02/25/2010

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 CA: 3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 38.53 | 529.79 | |
| Overtime | 20.6250 | .55 | 11.34 | |
| Gross Pay | | | $541.13 | 4,662.79 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 15.27 |
| Vacation | | 1.81 |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.26 | 28.22 |
| | Social Security Tax | -31.48 | 272.48 |
| | Medicare Tax | -7.36 | 63.72 |
| | CA SUI/SDI Tax | -5.58 | 48.34 |
| | CA State Income Tax | | 1.17 |
| | **Other** | | |
| | Checking 1 | -459.95 | 3,980.86 |
| | 125 Cafe Plan | -33.50* | 268.00 |
| | Net Pay | $0.00 | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $507.63

©1998, 2006. ADP, Inc. All Rights Reserved.

▼TEAR HERE

© 2000 ADP, Inc

```
CO    FILE    DEPT    CLOCK  VCHR NO.  070
GFJ   015474  065030   06    0000060068  1
```

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

# Earnings Statement

Period Beginning: 01/31/2010
Period Ending: 02/06/2010
Pay Date: 02/11/2010

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 CA: 3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 30.57 | 420.34 | |
| Gross Pay | | | $420.34 | 3,571.66 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Social Security Tax | -23.98 | 208.98 |
| Medicare Tax | -5.60 | 48.87 |
| CA SUI/SDI Tax | -4.26 | 37.08 |
| Federal Income Tax | | 20.81 |
| CA State Income Tax | | 1.05 |
| Other | | |
| Checking 1 | -353.00 | 3,053.87 |
| 125 Cafe Plan | -33.50* | 201.00 |
| Net Pay | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 21.73 |
| Vacation | | 30.73 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $386.84

©1998, 2006, ADP, Inc. All Rights Reserved.
©2000 ADP, Inc.
TEAR HERE

```
CO    FILE   DEPT.  CLOCK  VCHR. NO.  070
GFJ   015474 065030 06            0000050068  1
```

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

# Earnings Statement 

Period Beginning: 01/24/2010
Period Ending:   01/30/2010
Pay Date:        02/04/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA:      3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 38.38 | 527.73 | |
| Overtime | 20.6250 | .68 | 14.03 | |
| **Gross Pay** | | | **$541.76** | 2,601.32 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -3.33 | 13.31 |
| Social Security Tax | -31.52 | 150.90 |
| Medicare Tax | -7.37 | 35.29 |
| CA SUI/SDI Tax | -5.59 | 26.77 |
| CA State Income Tax | | 0.10 |
| **Other** | | |
| Checking 1 | -460.45 | 2,207.45 |
| 125 Cafe Plan | -33.50* | 167.50 |
| **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 20.96 |
| Vacation | | 29.19 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $508.26

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
©2000 ADP, Inc

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 070 |
|---|---|---|---|---|---|
| GFJ | 015474 | 065030 | 06 | 0000040066 | 1 |

# Earnings Statement ADP

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

Period Beginning: 01/17/2010
Period Ending: 01/23/2010
Pay Date: 01/28/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 30.58 | 420.48 | |
| Overtime | 20.6250 | .67 | 13.82 | |
| **Gross Pay** | | | **$434.30** | 2,059.56 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 20.19 |
| Vacation | | 67.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -24.84 | 119.39 |
| | Medicare Tax | -5.81 | 27.92 |
| | CA SUI/SDI Tax | -4.41 | 21.18 |
| | Federal Income Tax | | 9.98 |
| | CA State Income Tax | | 0.10 |
| | **Other** | | |
| | Checking 1 | -365.74 | 1,747.00 |
| | 125 Cafe Plan | -33.50* | 134.00 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $400.80

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

```
CO.   FILE    DEPT   CLOCK  VCHR.NO. 070
GFJ   015474  065030  06    0000030065  1
```

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

# Earnings Statement    ADP

Period Beginning:  01/10/2010
Period Ending:     01/16/2010
Pay Date:          01/21/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA:      3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 38.20 | 525.25 | |
| Overtime | 20.6250 | .57 | 11.76 | |
| Gross Pay | | | $537.01 | 1,625.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 19.42 |
| Vacation | | 66.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -2.85 | 9.98 |
| | Social Security Tax | -31.22 | 94.54 |
| | Medicare Tax | -7.30 | 22.11 |
| | CA SUI/SDI Tax | -5.54 | 16.77 |
| | CA State Income Tax | | 0.10 |
| | Other | | |
| | Checking 1 | -456.60 | 1,381.26 |
| | 125 Cafe Plan | -33.50* | 100.50 |
| Net Pay | | $0.00 | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $503.51

©1998, 2006, ADP, Inc. All Rights Reserved.
©2020 ADP, Inc.
TEAR HERE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 070 |
|---|---|---|---|---|---|
| GFJ | 015474 | 065030 | 0B | 0000020065 | 1 |

# Earnings Statement

**ADP**

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

Period Beginning: 01/03/2010
Period Ending: 01/09/2010
Pay Date: 01/14/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 38.32 | 526.90 | |
| Overtime | 20.6250 | .60 | 12.38 | |
| **Gross Pay** | | | **$539.28** | 1,088.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 18.65 |
| Vacation | | 64.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.08 | 7.13 |
| | Social Security Tax | -31.36 | 63.32 |
| | Medicare Tax | -7.34 | 14.81 |
| | CA SUI/SDI Tax | -5.56 | 11.23 |
| | CA State Income Tax | | 0.10 |
| | **Other** | | |
| | Checking 1 | -458.44 | 924.66 |
| | 125 Cafe Plan | -33.50* | 67.00 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $505.78

©1998, 2006, ADP, Inc. All Rights Reserved.

©2009 ADP, Inc.

TEAR HERE

| CO | FILE | DEPT | CLOCK | VCHR NO | 070 |
|---|---|---|---|---|---|
| GFJ | 015474 | 065030 | 06 | 0000010067 | 1 |

RCP BLOCK AND BRICK, INC.
PAYROLL ACCOUNT
8240 BROADWAY
LEMON GROVE, CA 91945-2004

## Earnings Statement   ADP

Period Beginning:   12/27/2009
Period Ending:   01/02/2010
Pay Date:   01/07/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:   3
    CA:   3

RICARDO G ALVAREZ
42200 MAIN ST. #108
TEMECULA, CA 92590

Social Security Number: XXX-XX-3934

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.7500 | 30.95 | 425.56 | |
| Overtime | 20.6250 | .65 | 13.41 | |
| Holiday | 13.7500 | 8.00 | 110.00 | |
| **Gross Pay** | | | **$548.97** | 548.97 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick | | 17.88 |
| Vacation | | 63.03 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -4.05 | 4.05 |
| Social Security Tax | -31.96 | 31.96 |
| Medicare Tax | -7.47 | 7.47 |
| CA State Income Tax | -0.10 | 0.10 |
| CA SUI/SDI Tax | -5.67 | 5.67 |

Other
| | | |
|---|---|---|
| Checking 1 | -466.22 | 466.22 |
| 125 Cafe Plan | -33.50* | 33.50 |
| **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $515.47

©1998, 2006, ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.
▼ TEAR HERE